In the Matter of the Application of the GRADE CROSSING COMMISSIONERS OF THE CITY OF BUFFALO, Appellants, *v.* MARGARET FARROW et al., Respondents, and TIMOTHY J. CRONAN et al., Appellants.

*Matter of Grade Crossing Comrs.*, 102 App. Div. 619, affirmed.
(Argued April 12, 1905; decided May 2, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 8, 1905, which affirmed an order of Special Term dismissing the petition of the grade crossing commissioners for the appointment of commissioners to ascertain the compensation to be paid to the owners of and parties interested in lands claimed to be injured by a certain viaduct in the Abbott road and Elk street in the city of Buffalo.

*Simon Fleischmann* and *Seward A. Simons* for appellants Cronan et al.

*Spencer Clinton* for appellants Grade Crossing Commissioners.

*William L. Marcy* for respondents.

Order affirmed, with costs, without prejudice to any claim for damages on the construction of the contemplated foot bridge, on the authority of *Matter of Grade Crossing Comrs.* (166 N. Y. 69); no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: GRAY, J.